United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in the action
14CV 5465-SJF/AKT  Secure Web Conference Corporation v. Apple Inc.

1) indicated it is related to the following case(s):

13CV 2642-JS/AKT  Secure Web Conference Corporation v. Microsoft Corporation

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to