FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 17 2014 ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURE WEB CONFERENCE CORPORATION, | § § § |
| Plaintiff, | § § |
| v. | § § |
| APPLE INC., | § § |
| Defendant. | § |

CIVIL ACTION NO. 2:14-cv-05465

**JURY TRIAL DEMANDED**

### PLAINITFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT APPLE INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SECURE WEB CONFERENCE CORPORATION ("Plaintiff") files this Notice of Dismissal Without Prejudice as to Defendant APPLE INC. "(Apple"), and respectfully shows the Court as follows:

Plaintiff filed this suit on September 17, 2014. Defendant Apple has not been served in this matter, and Apple has not answered or otherwise pled responsively to the Complaint.

Dated: October 3, 2014.

/s/ Jonathan T. Suder
Texas State Bar No. 19463350
Decker A. Cammack
Texas State Bar No. 24036311
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334 0400
Fax (817) 334 0401
jts@fsclaw.com
cammack@fsclaw.com

Gregory O. Koerner, Esquire
KOERNER LAW FIRM
111 John Street, Suite 230
New York, New York 10038
Tel. (212) 461-4377
Fax. (212)453-0651
gkoerner@koerner-associates.com

**ATTORNEYS FOR PLAINTIFF**

The Clerk of the Court shall close this case.
So Ordered.
10/17/14

s/ Sandra J. Feuerstein

U.S.D.J.